UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

      v.                         Case No. 3:10-cr-28

Herbert E. Myles

ORDER AND JUDGMENT REVOKING SUPERVISED RELEASE
AND IMPOSING SENTENCE

    The above defendant, having been sentenced in this court on August 16, 2010, for a violation of Title 18, United States Code, Section 922(g)(1), at which time the defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of fifty months, to be followed by a three-year term of supervised release; and a petition for the revocation of the supervised release of the defendant having been filed in this court on August 5, 2015, to require defendant to show cause why said supervised release should not be revoked:

    NOW, the defendant being present in court on December 2, 2016, with counsel, at the hearing on this matter and showing no cause why the supervised release previously imposed herein should not be revoked, and the court being fully advised in the premises, finds that the defendant has violated the conditions of supervised release.

    IT IS THEREFORE ORDERED AND ADJUDGED that the order placing the defendant on supervised release is hereby revoked.

    IT IS FURTHER ORDERED that the defendant is sentenced to a term of incarceration of eleven months, to run concurrently with the term of incarceration imposed in Case No. 2:13-cr-215.

    IT IS FURTHER ORDERED that no new term of supervised release is imposed, and defendant is hereby terminated from supervised release.

    IT IS FURTHER ORDERED that a certified copy hereof shall serve as a commitment herein.

Date: December 5, 2016            s/James L. Graham
                             James L. Graham
                             United States District Judge